TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

******************************

United States

-v.-

Shing Kung Li

_____ Docket Number: 16M590

******************************

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Richard Powers
Firm Name: U.S. Department of Justice
Address: 271 Cadman Plaza East Brooklyn, NY 11201
Phone Number: 718-254-6313
E-Mail Address: Richard.Powers@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ✓
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: June 15, 2016

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Brooklyn
       June 15, 2016

_____
U.S. DISTRICT JUDGE

RECEIVED IN CL_____

MANDATORY CERTIFICATION OF SERVICE:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by __ U.S.C. 3730(b), or by the following other statute or regulation: ___; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

June 16, 2016           _____
DATE                         SIGNATURE